**Opinion filed February 17, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00028-CV

_____

## IN RE ROBERT STEVEN CHILDRESS

**Original Mandamus Proceeding**

**M E M O R A N D U M   O P I N I O N**

Relator, Robert Steven Childress, has filed in this court an original mandamus proceeding. He requests that we issue a writ of mandamus to Janette Green, the county clerk of Palo Pinto County, to require Green to perform certain ministerial duties, i.e., receive and file all papers sent to her by Relator. We dismiss Relator's petition for want of jurisdiction.

A court of appeals has no jurisdiction to issue a writ of mandamus against the clerk of a trial court unless the writ is necessary to enforce the jurisdiction of the court of appeals. *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding); *see* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West Supp. 2021). A court of appeals has no general writ power over a person other than

a judge of certain courts located in the court of appeals district. *See* GOV'T § 22.221(b). Relator has not shown that a writ of mandamus directed to Green is necessary to enforce our jurisdiction. Accordingly, we do not have jurisdiction to issue a writ of mandamus against her.

Relator's petition for writ of mandamus is dismissed for want of jurisdiction.


PER CURIAM


February 17, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.